## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC | : | Case No.: 17-12560 (BLS) |
| | : | |
| Debtor. | : | |
| | : | |
| Michael Goldberg, as Liquidating Trustee of | : | **MEDIATION STATUS REPORT** |
| the Woodbridge Liquidation Trust, | : | |
| successor in interest to the estates of | : | |
| Woodbridge Group of Companies, et al., | : | |
| | : | |
| Plaintiff, | : | Adv. Proc. No.: 19-50847 (BLS) |
| v. | : | |
| | : | |
| Hart Placement Agency, | : | |
| | : | |
| Defendant. | : | |
| | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

   __X__           A mediation session scheduled to occur on January 26, 2021.

   _____           A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

   _____           OTHER:

Dated: January 19, 2021           _/s/ Judith K. Fitzgerald_
                             Judith K. Fitzgerald (PA I.D. No. 18110)
                             Tucker Arensberg, P.C.
                             1500 One PPG Place
                             Pittsburgh, PA  15222
                             (412) 594-1212